UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| FLOYD DEWAINE SCOTT, <br><br> Petitioner, <br><br> v. <br><br> DEBBIE ASUNCION, WARDEN, <br><br> Respondent. | Case No. CV 16-2973 JVS (AJW) <br><br> ORDER ACCEPTING REPORT AND RECOMMENDATION OF MAGISTRATE JUDGE |

The Court has reviewed the entire record in this action, the Report and Recommendation of Magistrate Judge ("Report"), and petitioner's objections. The Court accepts the findings of fact, conclusions of law, and recommendations contained in the Report after having made a *de novo* determination of the portions to which objections were directed.

DATED: June 29, 2016

*[signature]*

James V. Selna
United States District Judge