UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| FLOYD DEWAINE SCOTT,<br><br>   Petitioner,<br><br>   v.<br><br>DEBBIE ASUNCION, Warden,<br><br>   Respondent. | Case No. CV 16-2973-JVS(AJW)<br><br><br><br>JUDGMENT |

**It is hereby adjudged** that the petition for a writ of habeas corpus is dismissed for lack of jurisdiction.

Dated: June 29, 2016

_____
James V. Selna
United States District Judge